# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 2540 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

January 8, 2017

**BY ECF**
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Guzman et al v. Bistro Marketplace, Inc. et al**
        Case No. 16-cv-6530 (AT) (GWG)

        **ESPEJEL V. BISTRO MARKETPLACE 17, INC. et al**
        Case No.: 16-cv-7205

Dear Judge Torres:

    I am counsel to Plaintiffs Gustavo Guzman, Javier Soto, and Diego Vidal in the above-referenced matter.  I write in response to the letter from counsel for Bistro Marketplace 17, Inc. and Peter Park, dated January 7, 2018 [Docket No. 43].

    As Mr. Peter Cooper explained in his letter dated January 8, 2018, the parties entered into a settlement agreement on December 5, 2017, as a result of a second mediation session. Defendants agreed to the settlement sum of $120,000 payable in twelve (12) monthly installments to Plaintiffs Guzman, Soto, and Vidal, as well as Plaintiff Hernandez in the matter *Julio Cesar Hernandez v. Bistro Marketplace 17 Inc. et al* (17-cv-6891). (See Exhibit A).  Defendants' counsel has now expressed Defendants' intent to repudiate the settlement agreement.

    We believe that Defendants have acted in bad faith and with the intent to delay trial and/or resolution of this matter.  At the time of mediation, Defendants knew that the business would be closing and had expressed this to the parties and the mediator. We join Mr. Cooper in his request that the court order defendants show cause as to why judgement should not be issued for the amount of the settlement reached, as well as the reasonable attorneys' fees incurred, or that the court schedule a trial date after March 20, 2018.

    Thank you for the Court's time and consideration.

Respectfully Submitted,

*/s/ Marisol Santos*_____
Marisol Santos, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiffs*

CC: *Attorneys of Record (via ECF)*