UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
JULIO CESAR HERNANDEZ and ANSELMO
TEHUITZIL, individually and on behalf of others
similarly situated,                                                       **17-CV-6891-AT**

                    Plaintiffs,                                           **DEFAULT JUDGMENT**

     -against-

BISTRO MARKETPLACE 17 INC. (d/b/a CAFÉ
BISTRO), PETER PARK, and WON SUN CHUN,,

                    *Defendants.*
-----------------------------------------------------------------X

## JUDGMENT

On September 11, 2017, this action was commenced by Plaintiffs' filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Bistro Marketplace 17 Inc. (d/b/a Café Bistro), and Peter Park, and said Defendants having failed to pled or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against Defendants Bistro Marketplace 17 Inc. (d/b/a Café Bistro), and Peter Park, in the amount of $46,461.88, including compensatory damages and permissible liquidated damages and prejudgment interest, plus post judgment interest as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are awarded attorneys' fees in the amount of $3,768.75 and costs in the amount of $565.00,

- 2 -

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____

                                                             ANALISA TORRES
                                                             UNITED STATES DISTRICT JUDGE

To:

Bistro Marketplace 17 Inc. (d/b/a Café Bistro)
312 W. 34th Street
New York, New York 10018

Peter Park
312 W. 34th Street
New York, New York 10018